Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
OCALA Division

2023 JUN 26 PM 12: 44
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

JEROME HEAVEN JR
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

ADVENT HEALTH
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:23-cv-399-WFJ-PRL
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JEROME HEAVEN JR
Address: 1215 NORTHWEST (SECOND) 8 AVENUE
City: OCALA   State: FL   Zip Code: 34475
County: MARION COUNTY
Telephone Number:
E-Mail Address: KPINKNEY12.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: ADVENT HEALTH
Job or Title (if known): HEALTH CARE 100% DOCUMENT US GOT
Address: PAPER SAY TAKE CARE ME TO BE CONT.
City: OCALA   State: FL   Zip Code: 34475
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
Name: CAMERA
Job or Title (if known):
Address: 1500 SW 1 AVENUE
City: OCALA   State: FL   Zip Code: 34475
County: MARION COUNTY
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [ ] Official capacity

Page 2 of 6

Defendant No. 3
  Name: 6926 BADGE OCALA POLICE DEPARTMENT
  Job or Title (if known): POLICE OFFICER RESPONDER 911
  Address: 1500 SW 1 AVENUE
  City: OCALA    State: FL    Zip Code: 34475
  County: MARION (WITNESS ONLY)
  Telephone Number:
  E-Mail Address (if known):

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name: N/A
  Job or Title (if known):
  Address: N/A
  City:    State:    Zip Code:
  County: N/A
  Telephone Number:
  E-Mail Address (if known):

  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

RECKLESS ENDANGERMENT, imminent DANGER of SERIOUS PHYSICAL IN PROGRESS, FRIVOLOUS OR MALICIOUS 28 USC § 1915

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. SEE CASE NUMBER CV-287-WFJ WERE ~~GOOD~~ AFFECTION OF WHAT CARE INTREGRITY, PRL NOR THE INSTRUCTION GIVEN WITH CERTIFICATION

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

@ ADVENT EMERGENCY ROOM WITNESS IS THEIR CAMERA I'D ALSO LIKE TO SEE VIDEO IF TRY

B. What date and approximate time did the events giving rise to your claim(s) occur?

SEPTEMBER TWENTY THOUSAND TWENTY TWO A.M. APPOX.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I ~~KEPT~~ VISITED ADVENT HEALTH THE EMERGENCY ROOM WITH A LIE BECAUSE I ASK THEM A QUESTION FDLE CAME NOVEMBER TWO THOUSAND FIFTEEN ONE HOSPITAL DID I ASK I HAVE ~~XXXX~~ THE RIGHT ACCORDING TO INSTRUCTION ADVENT HEALTH THEY THE SNAKE A POLE THAT DEFINITELY MEANT SOMETHING, SAME SYMBOL (CAMERA (THEIRS) SHOULD HAVE AUDIO ONE NATION UNDER GOD, THE CAMERA SHOULD BE EXACT ON DETAILS, OCALA POLICE DEPARTMENT ALLOWED MY FREEDOM, MY DEVICE HAD THE ENTIRE CONVERSATION THEY TOOK ME HOME MY COUNTRY TIS OF THEE

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. MEDICAL NEGLIGENCE FOR NOT PERFORM FULL SERVICE BECAUSE I DIDNT HAVE INSURANCE; I WAS LIED ON BY A PERSON NOT EQUIP TEXTBOOK WISE OF MAINTAINING THE INTEGRITY A PROFESSIONAL HUMBLY. I HAVE THE EXACT SAME RIGHTS AS A PERSON WITH INSURANCE. HEALTH CARE IS INSTRUCTIONS. NO EXRAYS, MRI, I NEED SURGRY, BLOOD WAS TAKEN NO RESULT ALSO LATER DATE LPN TWO OF THEM GUESSING WHERE A VIEN A REGISTER NURSE HEARD MY CRY AND CAME TO THE ROOM (CAMERA)

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. IN GOD WE TRUST, RIGHT? I HAVE THE RIGHT TO CLAIM IT NO LESS THAN 70% CORRECT? MAY I PLEASE EXPLAIN HOW IF YOU ALLOW IT WOULD LIKE MY A RELIEF OF 5 million 4 times THEY SHOULD RIGHT BUT BECAUSE THEY ARE HUMAN THIS TIME THEY ABSOLUTELY WRONG INSTRUCTIONS Commitment means promising to be loyal to the law and setting the question of your loyality Because of this it is not nearly so hard to know what to do because commitment to following the law Respectfully Submitted

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-26-2023

Signature of Plaintiff: *Jerome Heaven Jr*

Printed Name of Plaintiff: JEROME HEAVEN JR

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 
City / State / Zip Code
Telephone Number: 
E-mail Address: 

Page 6 of 6

# OCALA POLICE DEPARTMENT
## TRESPASS WARNING NOTICE

**DATE:** 9-20-22

**CASE:** 2022OO122650

**Location:** Anyone Using

**Address:** Marin 1500 SW 1st Ave

**Business/Residence/Park etc.** Hospital

**Specific Structure:** _____

**Warning Issued To:** Jerome Heaven

**DOB:** 04/05/1978

**Race/Sex:** M

**Issuee Signature:** _____ (Signature)

**Authorized Person Issuing Warning:** (Print) _____

**Officer Name & I.D.:** 6976 Evert

**F.S.S. 810.08 Trespass in structure or conveyance**
(1) Whoever, without being authorized, licensed, or invited, willfully enters or remains in any structure or conveyance, or, having been authorized, licensed, or invited, is warned by the owner or lessee of the premises, or by a person authorized by the owner or lessee, to depart and refuses to do so, commits the offense of trespass in a structure or conveyance.

**F.S.S. 810.09 Trespass on property other than structure or conveyance**
(1) Whoever, without being authorized, licensed, or invited, willfully enters upon or remains in any property other than a structure or conveyance as to which notice against entering or remaining is given, either by actual communication to the offender or by posting, fencing, or cultivation as described in s. 810.011, commits the offense of trespass on property other than a structure or conveyance.

*This notice valid until rescinded by issuing authority - must be present at time of contact.*
3 copies   Original posted at location   2nd copy attached to report   3rd copy to issuee